# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JC USA, Inc., *et al.,*[1]<br><br>　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10585 (JKS)<br><br>(Jointly Administered) |
| Don A. Beskrone, Chapter 7 Trustee for JC USA, Inc., *et al*.,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Slalom, Inc.,<br><br>　　　　　Defendant. | Adv. Proc. No: 25-50799 (JKS) |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

Don A. Beskrone, in his capacity as the Chapter 7 Trustee for JC USA, Inc., et al., (the "Plaintiff") and Slalom, Inc., (the "Defendant" together with Plaintiff, the "Parties"), enter into this *Stipulation for Extension of Time for Defendant to Answer, Move or Otherwise Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1.　　The Parties agree and stipulate that the time within which Defendant may answer, move, or otherwise respond to the Complaint [D.I. 1] in the above-captioned adversary proceeding is hereby extended to and including July 10, 2025.

*-Remainder of Page Intentionally Left Blank-*

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: JC USA, Inc. (0028), JC Franchising, Inc. (7656), New JC Holdings, Inc. (1506), JC Acquisition, Inc. (2395), JC Inter. Holdings, Inc. (3621) JC Hold, LLC (4170).

2. Except as specifically set forth herein, all rights, claims and defenses of the Parties are fully preserved.

| | |
|---|---|
| Dated: June 3, 2025 | Dated: June 3, 2025 |
| **ASHBY & GEDDES, P.A.** | **K&L GATES LLP** |
| */s/ Benjamin W. Keenan* | */s/ Matthew B. Goeller* |
| Ricardo Palacio (DE No. 3765) | Matthew B. Goeller (No. 6283) |
| Benjamin W. Keenan (DE No. 4724) | 600 N. King Street, Suite 901 |
| 500 Delaware Avenue, 8th Floor | Wilmington, DE 19801 |
| P.O. Box 1150 | Phone: (302) 416-7000 |
| Wilmington, Delaware 19899 | Email: matthew.goeller@klgates.com |
| Telephone: (302) 654-1888 | |
| Email: bkeenan@ashbygeddes.com | *Attorney for Defendant* |
| *Counsel to Plaintiff* | |